IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WINTERFIELD UNITED METHODIST CHURCH, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-cv-00558-JDK |
| CHURCH MUTUAL INSURANCE COMPANY, S.I., | § § § § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

Please let this Notice of Settlement serve to notify the Court that the Parties herein have reached a settlement in this matter that resolves all disputes between all parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate that they will submit an Agreed Motion to Dismiss with Prejudice within 60 days.

*[Signatures on following pages]*

Respectfully submitted,

By: */s/ Lindsey P. Bruning*
    Lindsey P. Bruning
    Texas Bar No. 24064967
    lbruning@zellelaw.com
    Kiri D. Deonarine
    Texas Bar No. 24105298
    kdeonarine@zellelaw.com

**ZELLE LLP**

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEY FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**

**AND**

By: */s/ Vincent P. Circelli*
    Vincent P. Circelli
    Texas State Bar No. 24058804
    vcircelli@dcclawfirm.com
    Preston J. Dugas III
    Texas State Bar No. 24050189
    pdugas@dcclawfirm.com
    Sarah Arroyo
    Texas State Bar No. 24138756
    sarroyo@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**

1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:     817-945-3061
Facsimile:     682-219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 14th day of January 2025 as follows:

Vincent P. Circelli
Texas State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
Texas State Bar No. 24050189
pdugas@dcclawfirm.com
Sarah Arroyo
Texas State Bar No. 24138756
sarroyo@dcclawfirm.com
DUGAS & CIRCELLI, PLLC
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone:    817-945-3061
Facsimile:    682-219-0761

**ATTORNEYS FOR PLAINTIFF**

                                        */s/ Lindsey P. Bruning*
                                        Lindsey P. Bruning