IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WINTERFIELD UNITED METHODIST CHURCH, | § § § | |
| Plaintiff, | § § § § | |
| vs. | § § | CIVIL ACTION NO. 6:23-cv-00558-JDK |
| CHURCH MUTUAL INSURANCE COMPANY, S.I., | § § § § | |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Winterfield United Methodist Church ("Plaintiff") and Defendant Church Mutual Insurance Company, S.I. ("Defendant") submit this Joint Motion to Dismiss with Prejudice and respectfully state as follows:

Plaintiff and Defendant have resolved their dispute and therefore request that the Court enter an Order dismissing, with prejudice, the above-styled-and-numbered lawsuit, along with all claims which were, or which could have been brought therein, whether by the parties to the lawsuit, or any other person or party claiming by, through, or under either of them, with each party to bear its own fees and costs.

Respectfully submitted,

By: */s/ Lindsey P. Bruning*
    Lindsey P. Bruning
    Texas Bar No. 24064967
    lbruning@zellelaw.com
    Kiri D. Deonarine
    Texas Bar No. 24105298
    kdeonarine@zellelaw.com

**ZELLE LLP**

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEY FOR DEFENDANT CHURCH MUTUAL INSURANCE COMPANY, S.I.**

            **AND**

By: */s/ Vincent P. Circelli*
    Vincent P. Circelli
    Texas State Bar No. 24058804
    vcircelli@dcclawfirm.com
    Preston J. Dugas III
    Texas State Bar No. 24050189
    pdugas@dcclawfirm.com
    Sarah Arroyo
    Texas State Bar No. 24138756
    sarroyo@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**

4800 Bryant Irvin Court
Fort Worth, TX 76107
Telephone:     817-945-3061
Facsimile:     682-219-0761

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 17th day of March 2025 as follows:

Vincent P. Circelli
Texas State Bar No. 24058804
vcircelli@dcclawfirm.com
Preston J. Dugas III
Texas State Bar No. 24050189
pdugas@dcclawfirm.com
Sarah Arroyo
Texas State Bar No. 24138756
sarroyo@dcclawfirm.com
DUGAS & CIRCELLI, PLLC
4800 Bryant Irvin Court
Fort Worth, TX 76107
Telephone:    817-945-3061
Facsimile:    682-219-0761

**ATTORNEYS FOR PLAINTIFF**

                                                      */s/ Lindsey P. Bruning*
                                                      Lindsey P. Bruning